IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARNELL RANSOM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WARDEN AT CURRAN FROMHOLD, et al. | : | NO. 06-cv-02318-JF |

ORDER

AND NOW, this 14th day of April 2011, upon consideration of defendants' Motions for Summary Judgment, and plaintiff's Response, IT IS ORDERED:

That the Motions for Summary Judgment (Dkt. Nos. 60 and 67) are DENIED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.